

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-19-00717-CV

**ELIZABETH BENAVIDES ELITE AVIATION INC.,**
Appellant

v.

**CITY OF LAREDO**, Laredo Jet Center, LLC, John Holler,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK002669-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On May 11, 2020, appellant filed a motion for rehearing en banc. The motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court